UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA PACIFIC INDUSTRIES, INC.,<br><br>Defendant. | CASE NO. 3:23-cv-5163 MJP<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND BRIEFING SCHEDULE |

This matter comes before the Court on the parties' Joint Stipulated Motion to Extend. (Dkt. No. 11.) The parties wish to change the briefing schedule for the Motion to Dismiss (Dkt No. 9) with the noting date moving from June 9, 2023 to June 30, 2023. The Court GRANTS the Motion. The Motion to Dismiss shall be renoted for June 30, 2023 and all corresponding deadlines shall move accordingly.

//

//

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Dated June 6, 2023.

*[signature]*

Marsha J. Pechman
United States Senior District Judge