UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY , <br><br> Plaintiff, <br><br> v. <br><br> SIERRA PACIFIC INDUSTRIES, INC., <br><br> Defendant. | CASE NO. 3:23-cv-5163 <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The parties have not complied with the order directing that a joint status report by filed by May 18, 2023.

The time for filing the report is hereby extended to ten days from the date of this order. If the report is not filed by that time, sanctions may be ordered. Sanctions may include dismissal of the action without prejudice.

MINUTE ORDER - 1

The clerk is ordered to provide copies of this order to all counsel.

Filed July 25, 2023.

                Ravi Subramanian
                Clerk of Court

                s/Serge Bodnarchuk
                Deputy Clerk