UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SIERRA PACIFIC INDUSTRIES, INC., | CASE NO. 3:23-cv-5163 MJP<br><br>ORDER GRANTING MOTION TO EXTEND |

This matter comes before the Court on Sierra Pacific Industries, Inc.'s ("SPI") Motion to Extend Time to Respond to the Complaint. (Dkt. No. 24.) Having reviewed the Motion, the Court GRANTS SPI's request.

The time to respond is HEREBY extended to September 26, 2023.

The clerk is ordered to provide copies of this order to all counsel.

Dated October 2, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　_Marsha J. Pechman_
　　　　　　　　　　　　　　　　　　　　　　　　Marsha J. Pechman
　　　　　　　　　　　　　　　　　　　　　　　　United States Senior District Judge

ORDER GRANTING MOTION TO EXTEND - 1