UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA PACIFIC INDUSTRIES, INC., INC., | CASE NO. 3:23-cv-5163 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court held a status conference on October 17, 2023. The parties informed the Court that mediation is scheduled for the first week of November. The Court hereby ORDERS the parties to provide a status update as to the outcome of that mediation no later than Monday, November 6, 2023. If the case does not settle, the parties must file a plan for scheduling and resolving the declaratory action.

//

MINUTE ORDER - 1

The clerk is ordered to provide copies of this order to all counsel.

Filed October 18, 2023.

        Ravi Subramanian
        Clerk of Court

        s/Serge Bodnarchuk
        Deputy Clerk