UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>SIERRA PACIFIC INDUSTRIES, INC.,<br><br>Defendant. | CASE NO. 3:23-cv-5163 MJP<br><br>ORDER GRANTING STIPUALTED MOTION TO EXTEND TIME |

This matter comes before the Court on the Plaintiff's stipulated Motion to Extend Time Within Which to File Response to Counterclaim. (Dkt. No. 29.) Having reviewed the Motion, the docket, and all relevant materials, the Court GRANTS the Motion.

The Court finds there is good cause to extend the time Plaintiff has to respond to Defendant's counterclaims. Plaintiff now has until November 30, 2023 to file a pleading in response to Defendant's counterclaims.

//

//

ORDER GRANTING STIPUALTED MOTION TO EXTEND TIME - 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Dated November 1, 2023.

*[signature]*

Marsha J. Pechman
United States Senior District Judge