UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>      v.<br><br>SIERRA PACIFIC INDUSTRIES, INC., | CASE NO. C23-5163 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The parties were ordered to provide a status update as to the outcome of mediation by November 6, 2023. (Dkt. No. 28.) The parties have informed the Court they need until Monday, November 20, 2023 to provide a joint plan for proceeding. Therefore, the parties must provide another status update by no later than Monday, November 20, 2023.

//

//

1     The clerk is ordered to provide copies of this order to all counsel.

2     Filed November 14, 2023.

                                       Ravi Subramanian
                                       Clerk of Court

                                       s/Serge Bodnarchuk
                                       Deputy Clerk

MINUTE ORDER - 2