UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SIERRA PACIFIC INDUSTRIES, INC.,<br><br>　　　　　Defendant. | CASE NO. C23-5163 MJP<br><br>ORDER DENYING MOTION TO SUBSTITUTE ATTORNEY |

This matter comes before the Court on Plaintiff's Motion to Substitute Attorney. (Dkt. No. 32.) Plaintiff wishes to substitute current counsel Jonathan Thames for Terri Sutton, both of whom practice with Kennedys CMK LLP. Pursuant to Local Civil Rule 83.2(2) where change of counsel occurs within the same law firm, an order of substitution is not required; the new attorney should file a Notice of Appearance and the withdrawing attorney should file a Notice of Withdrawal.

1 | Because the attorneys are with the same law firm, the Court DENIES the Motion.

2 | Counsel may file a Notice of Appearance and a Notice of Withdrawal per the local rules.

3 | The clerk is ordered to provide copies of this order to all counsel.

4 | Dated November 29, 2023.

Marsha J. Pechman
United States Senior District Judge

ORDER DENYING MOTION TO SUBSTITUTE ATTORNEY - 2