UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA PACIFIC INDUSTRIES, INC.,<br><br>Defendant. | CASE NO. 3:23-cv-5163 MJP<br><br>ORDER GRANTING MOTION TO STAY |

This matter comes before the Court on Plaintiff's Motion to Stay. (Dkt. No. 37.) Defendant did not file an opposition to the Motion. The Court, having reviewed the Motion, and all other relevant material, GRANTS the Motion.

Plaintiff asks the Court to stay the case until the underlying lawsuit in state court is resolved. (Mot. at 4.) Trial begins in the underlying case on February 5, 2024. (Id.) The Court GRANTS the stay until ten (10) days following a verdict or mistrial in the state court trial. At ten (10) days following either outcome, the parties are required to file a joint status report.

ORDER GRANTING MOTION TO STAY - 1

The clerk is ordered to provide copies of this order to all counsel.

Dated December 28, 2023.

*[signature]*

Marsha J. Pechman
United States Senior District Judge