THE HONORABLE MARSHA J. PECHMAN

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**
**TACOMA DIVISION**

| | |
|---|---|
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY, | Case No. 3:23-cv-5163-MJP |
| Plaintiff, | STIPULATED DISMISSAL WITH PREJUDICE |
| vs. | |
| SIERRA PACIFIC INDUSTRIES, INC., | |
| Defendant. | |

**<u>STIPULATION</u>**

Plaintiff CRUM & FORSTER SPECIALTY INSURANCE COMPANY and Defendant SIERRA PACIFIC INDUSTRIES, INC., by and through counsel, stipulate that this matter shall be dismissed with prejudice. Each party shall bear its own costs.

Respectfully submitted:


KENNEDYS CMK LLP                    DENISE JARMAN


By: /s/ *Terri A. Sutton*            */s/ Denise Jarman*
    TERRI A. SUTTON                  DENISE JARMAN
    Attorney for Plaintiff           Attorney For Defendant
    CRUM & FORSTER SPECIALTY         SIERRA PACIFIC INDUSTRIES, INC.
    INSURANCE COMPANY

THE HONORABLE MARSHA J. PECHMAN

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**
**TACOMA DIVISION**

| | |
|---|---|
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY, | Case No. 3:23-cv-5163-MJP |
| Plaintiff, | [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |
| vs. | |
| SIERRA PACIFIC INDUSTRIES, INC., | |
| Defendant. | |

**<u>ORDER</u>**

This matter having come before the court, based upon the above stipulation, it is hereby ordered that all claims in this action are dismissed with prejudiced in their entirety and without fees or costs to any party.

Dated: _____, 2024

_____
HON. MARSHA J. PECHMAN
United States Senior District Judge

1

1  Presented by:

2

3                                  KENNEDYS CMK LLP

4

5                          By:  /s/ Terri A. Sutton
                                 _____
6                                TERRI A. SUTTON
                                 Attorney for Plaintiff
7                                CRUM & FORSTER SPECIALTY
                                 INSURANCE COMPANY

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such Filing to the attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED: February 26, 2024                    KENNEDYS CMK LLP


By:  /s/ *Terri A. Sutton*
     TERRI A. SUTTON
     Attorney for Plaintiff
     CRUM & FORSTER SPECIALTY
     INSURANCE COMPANY

3